275 PIERCE (Pros. Attorney) vs. CIRCUIT JUDGE (Bay), No. 12803.

To set aside order quashing information.
Granted June 8, 1892.

The information charged the selling of spirituous and intoxicating liquors without having paid the tax. The circuit judge returned that the order complained of was made in consequence of a misunderstanding on his part of the wording of the record returned by the police justice, and that on a review of the proceedings, he found that he had erred.

276 HOLDEN (City Attorney) vs. POLICE JUSTICE (Saginaw), No. 12027.

To compel respondent to entertain a complaint and issue a warrant for the violation of an ordinance relating to dray stands.
Granted June 2, 1891.

277 CITY OF SAGINAW vs. CIRCUIT JUDGE (Saginaw), No. 14877, 106 M., 32.

To vacate an order quashing a complaint, under an ordinance providing that any person not a resident, who shall bring into the state any goods to be sold by auction, without any intention of remaining permanently in the business, shall be deemed a transient trader and shall pay a license.
Denied July 2, 1895, with costs.
Ordinance held invalid as it applies only to non-residents.